UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIGEL FREDRICKS,

                              Plaintiff,

        -against-

DENTAL SURGEON JOHN DOE, ET AL.,

                              Defendants.

26 CIVIL 001873 (LTS)

CIVIL JUDGMENT

        For the reasons stated in the April 17, 2026, order, this action is dismissed.

        The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

        SO ORDERED.

Dated:    April 24, 2026

        New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                    Chief United States District Judge